IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-814-D

| | | |
|---|---|---|
| CAROLYN SEWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff did not timely commence her case. Accordingly, the court GRANTS defendant's motion to dismiss [D.E. 17].

SO ORDERED. This 6 day of December 2013.

JAMES C. DEVER III
Chief United States District Judge