AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| CAROLYN SEWARD, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT** |
| CAROLYN W. COLVIN, ) | **CASE NO. 5:12-CV-814-D** |
| Acting Commissioner of Social Security, ) | |
|     Defendant. ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court GRANTS Defendant's Motion to Dismiss [ D.E. 17]. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **DECEMBER 6, 2013,** WITH A COPY TO:

Carolyn Seward, Pro se (via USPS to 3324 Sunset Avenue, Apt. #G-2, Rocky, Mount, Nc 27804)
Cassia W. Parson (via CM/ECF electronic notification)

| | |
|---|---|
| December 6, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |